UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:12-CV-80556-MARRA

JANET PRUSHANSKY, as Personal
Representative of the Estate of Ann
Prushansky,
    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
    Defendant.
_____/

## VERDICT

WE, THE JURY, return the following verdict:

That the Plaintiff, JANET PRUSHANSKY, as Personal Representative of the Estate of Ann Prushansky, has proven by a preponderance of the evidence that GOVERNMENT EMPLOYEES INSURANCE COMPANY acted in bad faith in failing to settle her claim against GEICO's insured?

    YES _____      NO ✓

SO SAY WE ALL, this 29 day of May, 2015.

_____     _____
JURY FOREPERSON SIGNATURE           JURY FOREPERSON PRINT NAME