UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80556-CIV-MARRA

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

Plaintiff/Counter-Defendant,

vs.

JANET PRUSHANSKY, as Personal
Representative of the Estate of Ann Prushansky,

Defendant/Counter-Plaintiff.
_____/

JANET PRUSHANSKY, as Personal
Representative of the Estate of Ann Prushansky,

Defendant/Counter-Plaintiff,

vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

Plaintiff/Counter-Defendant,
_____/

## JUDGMENT

Based upon the jury's verdict, Judgment is hereby entered on behalf of Plaintiff/Counter-Defendant Government Employees Insurance Company ("GEICO") and against Defendant/Counter-Plaintiff Janet Prushansky, as Personal Representative of the Estate of Ann Prushansky ("Prushansky"). GEICO is awarded a declaratory judgment of no bad faith, is not obligated to indemnify Tara Fradley beyond the bodily injury liability limits of the policy, is not obligated to satisfy the entire judgment entered in Prushansky's favor in the underlying action

and Prushansky shall take nothing in this case.

The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of May, 2015.

_____
KENNETH A. MARRA
United States District Judge